# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

Lisa Joyce–Brickhouse Hagel

                           Plaintiff,

v.                                                                      Case No.: 3:21−cv−50132

                                                                          Honorable Iain D. Johnston

Bayer Crop Science, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 26, 2021:

       MINUTE entry before the Honorable Lisa A. Jensen: The parties shall jointly complete the PDF fillable initial status report form found on Judge Jensen's webpage at www.ilnd.uscourts.gov under Initial Status Conferences and Reports and file by 6/4/2021. Following the appearance of Defendants, defense counsel shall coordinate with Plaintiff in order to confer and jointly file the status report. If Defendants have not appeared before the initial status report is due, Plaintiff shall file her own status report. Plaintiff is directed to notify any party filing an appearance to the entry of this order. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.