**FILED**

JUN 4 - 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LISA HAGEL, | ) |
| Plaintiff, | ) Case No. 3:21-CV-50132 |
| v. | ) Judge Iain D. Johnston |
| BAYER CROPSCIENCE, ET AL., | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this lawsuit with prejudice, each party to bear her or its own costs.

*Lisa Hagel*
Lisa Hagel, Plaintiff
1614 Huntington Road
DeKalb, Illinois 60115
815-748-0955