## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

Lisa Joyce–Brickhouse Hagel

                 Plaintiff,

v.                                          Case No.: 3:21–cv–50132
                                               Honorable Iain D. Johnston

Bayer Crop Science, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 7, 2021:

       MINUTE entry before the Honorable Iain D. Johnston: In light of the notice of voluntary dismissal with prejudice [10], this case is dismissed with prejudice. Civil case terminated. Mailed notice(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.